# UNITED STATES BANKRUPTCY COURT

### FOR THE

### EASTERN DISTRICT OF VIRGINIA
#### Alexandria Division

In the Matter of:

    LISA K. SINGLETARY                          Chapter 13
               Debtor

                                                          Case No.  15-14395-BFK

### AMENDED ORDER CONFIRMING MODIFIED PLAN

In connection with Trustee's Motion to Dismiss (Dkt. 117) and parties having reached a settlement thereof:

The Modified Chapter 13 Plan filed by Lisa K. Singletary on August 15, 2017, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. Section 1325(a);

**It is ORDERED that:**
    (1)    the Plan as filed or modified is CONFIRMED.
    (2)    Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.
    (3)    Beginning January 14, 2016, the Debtor has paid to date the total amount of $28,428.08 and beginning November 14, 2018, and each month thereafter until further order of this Court, the Debtor shall pay to the Trustee, Thomas P. Gorman at P.O. Box 1553, Memphis, TN  38101-1553 the sum of $1,218.38 per month for the remaining 26 months of the Plan. Payments under said Plan to be completed within 60 months from the due date of the first payment in this case.
    (4)    That the Debtor(s) shall furnish the Trustee annual federal and state income tax returns within the time as set forth in Paragraph 6 below, and such additional information as the Trustee may require for determination of the Debtors' disposable income.  Failure to comply with this provision shall be grounds for dismissal.

  (5) Any lien avoidance action(s) contemplated by Section 7(B) of the Plan must be made by the filing of an Adversary Proceeding no later than sixty (60) days from the date of the entry of this Order.

  (6) Because this increase in Plan payments going forward is a concession to Debtor to allow her to address her prior Plan default(s), the case shall be dismissed without further notice or hearing upon the filing by the Trustee of a certification stating any of the following:  a) Debtor failed to make a payment hereunder within 30 days of when it was due; b) Debtor failed to provide copies of his federal and state tax returns to the Trustee by April 16, 2018 or April 16 of each year following during the remaining term of the Plan; or c) Debtor received a tax refund in excess of $250.00 for any of those years and failed to turn it over to the Trustee.

Dated: Nov 7 2018

/s/ Brian F. Kenney
Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: November 8, 2018

Confirmation Recommended.

Seen and agreed:

__/s/ Thomas P. Gorman_____
Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB #26421

_/s/ Joseph M. Goldberg_____
Joseph M. Goldberg, Esq.
Counsel for Debtor
Ammerman & Goldberg
1115 Massachusetts Ave., NW
Washington, DC 20005

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

__/s/ Thomas P. Gorman_____
Thomas P. Gorman, Chapter 13 Trustee

**PARTIES TO RECEIVE COPIES**

Lisa K. Singletary
Chapter 13 Debtor
2483 Wakewater Way
Woodbridge, VA 22191


Joseph M. Goldberg, Esq.
Attorney for Debtor
Ammerman & Goldberg
1115 Massachusetts Ave., NW
Washington, DC 20005


Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA  22314